Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH RATKEY, Respondent, v. REPUBLIC PACKING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. REGO SECONA, Appellant, v. CERTAINTEED PRODUCTS CORPORATION and Another, Respondents.— Motion granted.

JAMES J. SHEEHAN, Appellant, v. PATRICK COFFEY, Respondent.— Motion for reargument granted.

WILLIAM SCHOLING, as Administrator, etc., of KUNI SCHOLING, Deceased, Appellant, v. CHARLES R. O'CONNOR and Another, Respondents.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM STEWART, Respondent, v. MOTOR HAULAGE Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

AULDA J. TREMBATH, Respondent, v. CHARLES M. BERNER, Appellant, and Another.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ALIDA TRACE, Respondent. v. HUDSON RUBBER AND TIRE COMPANY and Another, Appellants.— Motion denied.

G. SCOTT TOWNE, Appellant, v. MAX HOFFMAN, Respondent.— Judgment unanimously affirmed, with costs.

WESTERN ELECTRIC Co., INC., Respondent, v. LOUIS RUBIN and Others, Appellants.— Motion granted, with ten dollars costs, unless appellants, within sixty days, perfect the appeal and pay said costs, in which event motion is denied.

WATERFORD ELECTRIC LIGHT, HEAT AND POWER COMPANY, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent.— Order modified, by inserting after the words " the Presiding Justice and Mr. Justice Van Kirk," in folio 3 thereof, the word " dissenting."

WILMOT ENGINEERING COMPANY, Respondent, v. CHARLES N. BLANCHARD, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY E. WRIGHT, Respondent, v. THE BROOKLYN UNION GAS COMPANY, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. All concur, except Hinman, J., not voting.